

FILED

MAY 24 2013

~~CLERK~~

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| PUSH PEDAL PULL, INC., Formerly known as The R. D. Rogers Company, <br><br> Plaintiff, <br><br> Vs. <br><br> KENT CASPERSON, individually, and 2ND WIND EXERCISE EQUIPMENT, INC., <br><br> Defendants. | CIV. 13 - 4057 <br><br> NOTICE OF REMOVAL |

**TO THE ABOVE-ENTITLED COURT:**

Pursuant to 28 U.S.C. § 1446(a), Defendant 2nd Wind Exercise Equipment, Inc., (hereinafter referred to as "Defendant 2nd Wind") hereby gives notice that it removes this case to the United States District Court, District of South Dakota, Southern Division, and asserts as follows:

1.      Plaintiff Push Pedal Pull, Inc., (hereinafter "Plaintiff") is a privately held South Dakota corporation. In February of 2012, The R. D. Rogers Company amended its articles of incorporation and changed its name to Push Pedal Pull, Inc. Plaintiff is the successor to The R. D. Rogers Company.

2.      Defendant Kent Casperson (hereinafter "Casperson") is a resident of Hennepin County, Minnesota.

3.      Defendant 2nd Wind is a Minnesota corporation with its principal place of business located in Eden Prairie, Minnesota.

4. On April 29, 2013, Defendant 2nd Wind's registered agent in Pierre, South Dakota, was served with a summons and complaint dated April 25, 2013, relating to an action commenced by Plaintiff in the Circuit Court for the State of South Dakota, Second Judicial Circuit, Minnehaha County; copies of the summons and complaint are attached hereto and incorporated by this reference as Exhibit "A", which constitute all process and pleadings served upon Defendants in this action. Attached hereto as Exhibit "B" are copies of the Affidavit of Service upon both defendants.

5. In its Complaint, Plaintiff seeks general and punitive damages and injunctive relief for claims including misappropriation of trade secrets, breach of fiduciary duty, breach of contract, unjust enrichment, violations of computer fraud and abuse act, interference with contract, aiding and abetting a breach of fiduciary duty, and unfair competition.

6. Defendant 2nd Wind is informed and believes that the Plaintiff's claims arise from Defendant Casperson's employment with 2nd Wind. Defendant Casperson was previously employed by Plaintiff.

7. Because Plaintiff is a corporation with its residence in South Dakota, and Defendants are both residents of Minnesota, there is complete diversity between and among the parties.

8. Removal is proper under 28 U.S.C. §. 1441 as this is a civil action between citizens of different states and the amount in controversy exceeds $50,000.00, exclusive of interest and costs. (Defendant 2nd Wind does not concede that Plaintiff is legally entitled to damages in excess of $50,000.00, or in any amount).

9. This Notice of Removal is timely filed with thirty days as required by 28 U.S.C. § 1446(b).

10. Accordingly, Defendant 2nd Wind seeks to remove this action from the Circuit Court for the State of South Dakota, Second Judicial Circuit, Minnehaha County, to the United States District Court for the District of South Dakota, Southern Division.

11. This Notice is filed with the Court pursuant to 28 U.S.C. § 1446(a).

12. This Notice will also be filed with the Clerk of the Circuit Court for the State of South Dakota, Second Judicial Circuit, within and for Minnehaha County, pursuant to 28 U.S.C. §. 1446(d).

Wherefore, Defendant 2nd Wind prays that all further proceedings be had as provided by the laws of the United States.

Dated this 24 day of May, 2013.

CADWELL SANFORD DEIBERT
& GARRY, LLP

By: _____
Stephen C. Landon
200 East 10th Street, Suite 200
PO Box 2498
Sioux Falls, SD 57101-2498
(605) 336-0828
slandon@cadlaw.com
Attorneys for Defendant 2nd Wind Exercise Equipment, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served upon the parties hereto as follows:

Steven D. Sandven
Steven D. Sandven Law Office, PC
3600 South Westport Ave., Suite 200
Sioux Falls, SD  57106

Bruce Recher
Henson & Efron, P.A.
220 South Sixty Street, Suite 1800
Minneapolis, MN  55402-4503

John P. Mullen
Boyce, Greenfield, Pashby and Welk
PO Box 5015
Sioux Falls, SD 57117-5015

by first class United States mail, postage prepaid, this 24 day of May, 2013.

_____
Stephen C. Landon